IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No.: 7:15-cv-00132-FL

| | |
|---|---|
| MARVIN N. MCFADYEN, | : |
| Plaintiff, | : |
| vs. | : |
| NEW HANOVER COUNTY; NEW HANOVER COUNTY BOARD OF ELECTIONS; NORTH CAROLINA STATE BOARD OF ELECTIONS; JOSHUA B. HOWARD, in his official capacity; RHONDA K. AMOROSO, in her official capacity; JOSHUA D. MALCOLM, in his official capacity; PAUL J. FOLEY, in his official capacity; and MAJA KRICKER, in her official capacity, | : **CONSENT ORDER** |
| Defendants. | : |

This matter is before the Court on Plaintiff's Consent Motion to Dismiss his Third Claim for Relief, for declaratory judgment, only as against Defendants North Carolina State Board of Elections; Joshua B. Howard, in his official capacity; Rhonda K. Amoroso, in her official capacity; Joshua D. Malcolm, in his official capacity; Paul J. Foley, in his official capacity; and Maja Kricker, in her official capacity. These Defendants consent to the Motion. The Court has reviewed Plaintiff's Motion and concludes that the terms of dismissal are proper.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss the Third Claim for Relief against Defendants North Carolina State Board of Elections; Joshua B. Howard, in his official capacity; Rhonda K. Amoroso, in her official capacity; Joshua D. Malcolm, in his official capacity; Paul J. Foley, in his official capacity; and Maja Kricker, in her official capacity is

GRANTED and the Third Claim for Relief is hereby dismissed ***without prejudice*** as to the above-named Defendants only.

This the  12th  day of           October, 2015.

By:  _____
    LOUISE W. FLANAGAN
    U.S. DISTRICT COURT JUDGE

**WE CONSENT:**

**SHIPMAN & WRIGHT, LLP**
*Attorneys for Plaintiff*

By:  /s/W. Cory Reiss
   **GARY K. SHIPMAN**
   N.C. State Bar No.: 9464
   gshipman@shipmanlaw.com
   **W. CORY REISS**
   N.C. State Bar No.: 41549
   creiss@shipmanlaw.com
   575 Military Cutoff Road, Suite 106
   Wilmington, NC  28405
   Tel.: (910) 762-1990
   Fax: (910) 762-6752

**NORTH CAROLINA DEPARTMENT OF JUSTICE**
*Attorneys for Defendants North Carolina State Board of Elections, Joshua B. Howard, Rhonda K. Amoroso, Joshua D. Malcolm, Paul J. Foley and Maja Kricker*

By:  /s/Alexander McClure Peters
   **ALEXANDER McC. PETERS**
   N.C. State Bar No.: 13654
   apeters@ncdoj.gov
   PO Box 629
   Raleigh, NC 27602
   Tel.: (919) 716-6900
   Fax: (919) 716-6763